James Gregory LYNN, Plaintiff–
Appellant,

v.

Tracey P. ALLEN, Case Manager III;
Jody Hatch, Captain; Michael Dab-
ney, Captain; Len Foxworth, Substi-
tute Counselor; Clarence Mosley,
Assistant Warden, Defendants–Appel-
lees.

No. 03–41622.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 16, 2004.

James Gregory Lynn, Texas Depart-
ment of Criminal Justice, Beaumont, TX,
pro se.

Before JOLLY, WIENER, and
PICKERING, Circuit Judges.

PER CURIAM.*

James Gregory Lynn, Texas prisoner
# 636695, appeals the district court's dis-
missal of his civil rights action as frivolous
and for failure to state a claim. He moves
for this court to grant him a restraining
order; this motion is DENIED. *See
Greene v. Fair*, 314 F.2d 200, 201 (5th
Cir.1963).

Lynn asserts that he was denied due
process when he was placed in administra-
tive segregation prior to a hearing on a
disciplinary charge for possession of a
weapon and during the hearing itself. Be-
cause Lynn has no interest in his custodial
classification, his prehearing detention
does not violation due process. *Harper v.
Showers*, 174 F.3d 716, 719 (5th Cir.1999);
*Whitley v. Hunt*, 158 F.3d 882, 889 (5th
Cir.1998).

Lynn also asserts that he was denied
due process at his disciplinary hearing and
that there was no evidence to support his
disciplinary conviction. He is not entitled
to relief on these grounds because he has
not established that his disciplinary convic-
tion has been overturned or vacated. *Ed-
wards v. Balisok*, 520 U.S. 641, 648–49, 117
S.Ct. 1584, 137 L.Ed.2d 906 (1997).

Lynn's appeal is without arguable merit
and is thus frivolous. *See Howard v.
King*, 707 F.2d 215, 219–20 (5th Cir.1983).
Accordingly, we DISMISS Lynn's appeal
as frivolous. *See* 5TH CIR. R. 42.2. This
dismissal of his appeal as frivolous and the
district court's dismissal of his complaint
as frivolous and for failure to state a claim
constitute two "strikes" for the purposes of
28 U.S.C. § 1915(g). *See Adepegba v.
Hammons*, 103 F.3d 383, 388 (5th Cir.
1996). If Lynn obtains three "strikes," he
will not be able to proceed *in forma pau-
peris* in any civil action or appeal filed
while he is incarcerated or detained in any
facility unless he is under imminent dan-
ger of serious physical injury. See 28
U.S.C. § 1915(g).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.